22016.   WORTHAN *v.* THE STATE.

BROYLES, C. J.   While the evidence connecting the defendant with the offense charged (simple larceny) was wholly circumstantial, it was sufficient to authorize the jury to find that it excluded every reasonable hypothesis save that of his guilt; and the overruling of the motion for a new trial (based upon the general grounds only) was not error.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED FEBRUARY 17, 1932.

*C. B. McGarity,* for plaintiff in error.
*S. W. Ragsdale, solicitor-general,* contra.